**FILED**

FEB 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COLVIN MCCRIGHT
                    Plaintiff,

        vs.

GOV. ARNOLD SCHWARZENEGGER ET AL
                    Defendant.

CASE NO. C08-804 JW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, COLVIN MCCRIGHT, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: NOT APPLICABLE   Net: "              "

Employer: "

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

I'VE BEEN IN PRISON SINCE 1973.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment — Yes ___ No ✓

   b. Income from stocks, bonds, or royalties? — Yes ___ No ✓

   c. Rent payments? — Yes ___ No ✓

   d. Pensions, annuities, or life insurance payments? — Yes ___ No ✓

   e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.   N/A

3. Are you married? — Yes ___ No ✓

Spouse's Full Name: "  "

Spouse's Place of Employment: "  "

Spouse's Monthly Salary, Wages or Income:
Gross $ 0.00   Net $ 0.00

4. a. List amount you contribute to your spouse's support: $ 0.00

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____
6   _____
7   5.   Do you own or are you buying a home?   Yes ____ No ✓
8   Estimated Market Value: $ 0.00   Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ____ No ✓
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No ____ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.   Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ____ No ____ Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ____ No ✓
20  _____
21  8.   What are your monthly expenses?
22  Rent: $_____ Utilities: _____
23  Food: $_____ Clothing: _____
24  Charge Accounts:
25  Name of Account          Monthly Payment          Total Owed on This Acct.
26  0.00                     $ _____             $ _____
27  _____               $ _____             $ _____
28  _____               $ _____             $ _____   9.   Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  FILING FEES TO NORTHER DIST COURT, AND 9TH CIR.
4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ✓    No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  MCCRIGHT V. MCGRATH, NO. C-05-05266-JW
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  2/5/08                           Colin McCright
17      DATE                         SIGNATURE OF APPLICANT

18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 4 -

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Calvin McCright  B08892</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.00</u>.       (20%= $0.00)

Dated: 1/30/08                             _____
                                            Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-30-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
  TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 30, 2008

ACCOUNT NUMBER  : B08892                BED/CELL NUMBER: AF03L 000000131L
ACCOUNT NAME    : MC CRIGHT, CALVIN     ACCOUNT TYPE: I
PRIVILEGE GROUP : B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE
0.00

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 01-30-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: [signature] TRUST OFFICE