CLERK OF THE DISTRICT COURT
NORTHERN DISTRICT
450 GOLDEN GATE AVE.
SAN FRANCISCO, CALIF. 94102

**RECEIVED**
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARCH 3, 2008

DEAR CLERK:

RE: MCCRIGHT v. A. SCHWARZENEGGER, ET AL. CV 08-0804 JW

ON 3-3-08 I RECEIVED A COVER PAGE OF THE CIVIL COMPLAINT, AND MOTION OR NOTICE OF RELATED CASE. I WAS ALSO INFORMED THAT I NEEDED TO PROVIDE THE COURT WITH ANOTHER FORMA PAUPERIS APPLICATION, AND 6-MONTH ACCOUNT VERIFICATION, AND CERTIFICATE OF FUNDS.

I THINK THERE HAS BEEN AN OVERSIGHT BECAUSE ON 2-5-08 I MAILED (FROM THE PRISON LAW LIBRARY) THE ABOVE MENTIONED DOCUMENTS; ALONG WITH THE DECLARATION AND VERIFICATION IN MCCRIGHT v. MCGRATH, CV 07-3021 JW. THERE WERE "TWO" VERIFICATIONS IN THE SAME ENVELOPE.

HOWEVER, IF BOTH 6-MONTH TRUST FUND VERIFICATIONS WERE FILED AS ONE BY THE COURT I DON'T HAVE A PROBLEM OBTAINING ANOTHER VERIFICATION & CERTIFICATE FROM THE TRUST OFFICE. IT WILL BE MAILED ASAP.

SINCERELY,
MR. COLVIN MCCRIGHT
PLAINTIFF IN FORMA PAUPERIS

NAME: MR. COLVIN MCCRIGHT

CDC NO: B-08892   HOUSING: A3-131

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



UNITED STATES POSTAGE
02 1M    $ 00.
0004217666   MAR 04
MAILED FROM ZIP CODE

**LEGAL MAIL**

CLERK OF THE
UNITED STATES DISTRICT CO[URT]
NORTHERN DISTRICT OF CALIF[ORNIA]
450 GOLDEN GATE AVE
SAN FRANCISCO, CALIF
94102

9410233661 C004