FILED
MAR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COLVIN MCCRIGHT,
        Plaintiff,

vs.

GOVERNOR, ARNOLD SCHWARZENEGGER
ET AL.,
        Defendant.

CASE NO. CV 08 0804 JW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, COLVIN MCCRIGHT, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: NOT APPLICABLE     Net: N/A

Employer: NO.

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  CAN'T RECALL, I'VE BEEN IN PRISON SINCE 1972.
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                Yes ___ No ✓
10            self employment
11      b.    Income from stocks, bonds,             Yes ___ No ✓
12            or royalties?
13      c.    Rent payments?                         Yes ___ No ✓
14      d.    Pensions, annuities, or                Yes ___ No ✓
15            life insurance payments?
16      e.    Federal or State welfare payments,     Yes ___ No ✓
17            Social Security or other govern-
18            ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21            N/A
22 _____
23 3.    Are you married?                            Yes ___ No ✓
24 Spouse's Full Name: _____ N/A _____
25 Spouse's Place of Employment: " "
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $   0.00           Net $   0.00
28 4.    a.    List amount you contribute to your spouse's support: $ 0.00

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 |   | support and indicate how much you contribute toward their support. (NOTE: |
| 3 |   | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 |   | THEIR NAMES.). |

NONE

5. Do you own or are you buying a home?   Yes ___ No ✓
Estimated Market Value: $ 0.00   Amount of Mortgage: $ 0.00
6. Do you own an automobile?   Yes ___ No ✓
Make  N/A   Year  N/A   Model  N/A
Is it financed? Yes ___ No ✓  If so, Total due: $ 0.00
Monthly Payment: $ 0.00
7. Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank:  N/A

Present balance(s):  $ 0.00
Do you own any cash? Yes ___ No ✓  Amount: $ 0.00
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ 0.00   Utilities: N/A
Food: $ 0.00   Clothing: N/A
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0.00 | $ 0.00 | $ 0.00 |
| " | $ " | $ " |
| " | $ " | $ " |

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

COURT FILING FEES. THE FEES ARE PART OF THE COURT RECORD.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/11/08         MR. Colin McCright
DATE            SIGNATURE OF APPLICANT

Case Number: 08 0804 -JW

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Calvin Mc Cright  B08892</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.00</u>.    (20%= $0.00)

Dated: 3/5/08

_____
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-5-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                    PELICAN BAY STATE PRISON
                                   INMATE TRUST ACCOUNTING SYSTEM
                                   INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 05, 2008

ACCOUNT NUMBER  : B08892                          BED/CELL NUMBER: AF03L 000000131L
ACCOUNT NAME    : MC CRIGHT, CALVIN                  ACCOUNT TYPE: I
PRIVILEGE GROUP : B
                                       TRUST ACCOUNT ACTIVITY

        << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                                        TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL           TOTAL          CURRENT         HOLDS          TRANSACTIONS
   BALANCE        DEPOSITS       WITHDRAWALS      BALANCE        BALANCE         TO BE POSTED
  ---------      ----------      -----------     ---------      ---------       --------------
     0.00           0.00             0.00           0.00           0.00              0.00
```

CURRENT
AVAILABLE
BALANCE
---
0.00

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-5-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
(TRUST OFFICE)

MR. COLVIN MCCRIGHT-B-08892
P.O. BOX 7500
CRESCENT CITY, CALIF. 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES POSTAGE
02 1M      $ 00.5
0004217666    MAR 13 2
MAILED FROM ZIP CODE 95

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CALIF
94102

# LEGAL MAIL