MR. COLVIN McCRIGHT-B-08892
P.O. BOX 7500, A3-131
CRESCENT CITY, CALIF. 95532

PLAINTIFF IN FORMA PAUPERIS

FILED

08 MAR 27 PM 2:02

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

N/C

COLVIN McCRIGHT-
        PLAINTIFF

    VS.

GOVERNOR,
ARNOLD SCHWARZENEGGER, ET AL.
        DEFENDANTS

CV-08-0804-JW
MOTION FOR APPOINTMENT
OF COUNSEL

PLAINTIFF MOVES THIS COURT FOR AN ORDER FOR APPOINTMENT
OF COUNSEL, A MEMBER OF THE CALIFORNIA BAR, TO REPRESENT
HIM BECAUSE HE CANNOT AFFORD. TO EMPLOY AN ATTORNEY. THIS MOTION
IS BASED ON PLAINTIFF DECLARATION IN SUPPORT OF HIS MOTION FOR
LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF
COUNSEL. LEGAL AUTHORITY FOR APPOINTMENT OF COUNSEL AND
COMPENSATION IS 28 U.S.C. § 1915 (d) AND 18 U.S.C. § SEC. 3006A, AS
INTERPRETED IN MCCLAIN V. MANSON, 343 F. SUPP. 382 (D. CONN. 1972)

DATED: MARCH 24, 2008

Colvin McCright
COLVIN McCRIGHT
PLAINTIFF

-1-

MR. COLVIN MCCRIGHT-B-08892
P.O. BOX 7500, H3-131
CRESCENT CITY, CAL. 95532

PLAINTIFF

FILED

08 MAR 27 PM 2:02

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLVIN MCCRIGHT
      PLAINTIFF
  VS.
GOVERNOR,
ARNOLD SCHWARZENEGGER, ET AL
      DEFENDANT(S)

DECLARATION FOR APPOINTMENT
COUNSEL.

CIVIL NO. CV. 08-0804-JW

I, COLVIN MCCRIGHT IS THE PLAINTIFF IN THE ABOVE-TITLED ACTION.

1. I BELIEVE I AM ENTITLED AND INTEND TO BRING THIS ACTION IN THE UNITED STATES DISTRICT COURT OF CALIFORNIA AGAINST THE NAMED DEFENDANTS AND JOHN DOES 1-100 AS SOON AS THEIR NAMES ARE DISCOVERED.

2. THE ACTION SEEKS TO ENJOIN DEFENDANTS FROM ENFORCING PROCEDURES THAT CLEARLY VIOLATE FEDERAL EX POST FACTO LAWS, AND SEEKS DAMAGES STATED IN THE COMPLAINT. FOR DEPRIVATION OF PLAINTIFF CIVIL RIGHTS.

3. I BELIEVE THAT I AM ENTITLED TO THE REDRESS SOUGHT IN THIS ACTION.

4. I HAVE READ AND KNOW THE CONTENTS OF THE COMPLAINT AND BELIEVE THEM TO BE TRUE.

5. I DO NOT HAVE ANY ACCOUNTS, INCOME OR ASSETS IN THE AMOUNTS NECESSARY TO HIRE A LAWYER.

6. I NEED ANY INCOME FOR MY PERSONAL MAINTENANCE.

7. BECAUSE OF MY POVERTY I AM UNABLE TO PAY THE COST OF THIS ACTION, TO GIVE SECURITY THEREFOR, OR TO EMPLOY AN ATTORNEY.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE STATEMENTS IS TRUE AND CORRECT.

DATED: MARCH 24, 2008

Colvin McCright
COLVIN MCCRIGHT
PLAINTIFF

1

MR COLVIN MCCRIGHT-B-08892
P.O. BOX 7500,
CRESCENT CITY, CALIF.
     95532

JW

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES POSTAGE

02 1M
0004217666
MAILED FROM ZIP C

CLERK OF THE,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
     450 GOLDEN GATE AVE.
SAN FRANCISCO, CALIF.
          94102

# LEGAL MAIL

C004