**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLVIN MCCRIGHT,<br><br>        Plaintiff,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendant(s). | No. C 08-00804 JW (PR)<br><br>JUDGMENT |

    For the reasons stated on the order of dismissal, this action is dismissed without prejudice because plaintiff's claims are barred under <u>Heck v. Humphrey</u>, 512 U.S. 477, 486-487 (1994). Judgment is entered accordingly.

    The clerk shall close the file.

DATED: August 13, 2008

*JAMES WARE*
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.08\McCright00804_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COLVIN MCCRIGHT,

        Plaintiff,

  v.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.
_____/

Case Number: CV08-00804 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  8/14/2008 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Colvin McCright B-08892
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7500
Crescent City, Ca 95532

Dated:  8/14/2008

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk