OFFICE OF THE CLERK,
U.S. DISTRICT COURT OF CALIFORNIA
280 SOUTH FIRST ST., ROOM 2112
SAN JOSE, CALIFORNIA. 95113-3095

AUGUST 24, 2008

RE: LOSS OR DESTRUCTION OF LEGAL DOCUMENTS
BY STATE OFFICIALS. NO. C-08-00804-JW

DEAR CLERK:

ON AUGUST 19, 2008 I RECEIVED THIS COURT'S ORDERS DATED AUGUST 14, 2008. THE ENVELOPE CONTAINING THE ORDERS WERE/WAS GIVEN TO ME BY UNIT OFFICER AT MY CELL DOOR ON THE 19TH. SEE ENCLOSURE.

ON AUGUST 20, 2008 I ATTACHED THE COURT ORDERS TO MY HAND WRITTEN "NOTICE OF APPEAL" AND SENT THE DOCUMENTS TO A-FACILITY LAW LIBRARY TO BE COPIED. I PERSONALLY HANDED THE ENVELOPE THE APPEAL WAS IN TO THE UNIT OFFICER AT MY CELL DOOR ON THE NIGHT OF THE 20TH OF AUGUST 2008.

ON AUGUST 22, 2008 I MANAGED TO GO TO THE A-FACILITY LAW LIBRARY TO INQUIRE WHY I DID NOT RECEIVE MY COPIES ON 21-22 AUGUST 2008. THE CLERK INFORMED ME THAT THE LIBRARIAN IS CLAIMING I DID NOT SEND ANY DOCUMENTS TO THE LIBRARY ON 8-20-08.

I AM OF THE OPINION THAT AFTER I SENT MY APPEAL TO THE LIBRARY ON 8-20-08, THE LIBRARIAN EITHER DELIBERATELY MISPLACED OR DESTROYED MY APPEAL IN RETALIATION FOR FILING A INMATE APPEAL AGAINST HER FOR ENFORCING A DE FACTO COPYING POLICY ON A PREVIOUS OCCASION. SEE ATTACHMENT (INFORMAL LEVEL APPEAL RESPONSE).

IN RESPONSE TO THE LOSS OR DESTRUCTION OF MY APPEAL "AND" THE ONLY COPY OF THIS COURTS ORDER, I HAD TO REWRITE ANOTHER APPEAL THAT DOES NOT INCLUDE THIS COURTS AUGUST 14, 2008 ORDERS. SINCE THERE IS A TIME LIMIT TO FILE AN APPEAL I AM SENDING IT TO THE COURT AS IS BECAUSE THE LIBRARIAN HAS NOT ACCOUNTED FOR THE LOSS OF MY FIRST APPEAL AND THIS COURTS ORDERS.

I

I HAVE FILED ANOTHER INMATE APPEAL TO CONTEST THE LOSS OR DESTRUCTION OF MY LEGAL DOCUMENTS. HOWEVER, I AM SENDING ANOTHER NOTICE OF APPEAL TO THIS COURT[s] BUT IT DOES NOT INCLUDE COPIES OF THIS COURTS 8-14-08 ORDERS FOR THE STATED REASONS THAT ARE OBVIOUSLY BEYOND MY CONTROL.

I AM THEREFORE REQUESTING MY APPEAL BE ACCEPTED AS IS, AND THAT THIS COURT ISSUE A RESTRAINING ORDER THAT PROHIBITS DEFENDANTS, THEIR AGENTS, EMPLOYESS, SUCCESSORS IN INTEREST AND ALL OTHER PERSONS IN ACTIVE CONCERT OR PARTICIPATION WITH THEM, FROM HARRASSING, THREATENING, PUNISHING OR RETALIATING IN ANY WAY AGAINST ME BECAUSE I FILED THIS ACTION; OR FROM TRANSFERRING PLAINTIFF TO ANOTHE INSTITUTION WITHOUT MY EXPRESS CONSENT, DURING THE PENDENCY OF THIS ACTION (TRANSFERS ARE USED AS AN EXCUSE TO CONFISCATE AN INMATES PERSONAL AND LEGAL PROPERTY).

SINCERELY,
MR. Colum McCright
PLAINTIFF

-2-

PELICAN BAY STATE PRISON
Inmate McCright, CDC #B-08842
Housing: A-3-131
Date: June 23, 2008

### APPEAL DECISION:

PARTIALLY GRANTED

### APPEAL ISSUE:

You allege that the Facility A Law Library would not copy a "legal document" that you are trying to submit to the courts, due to your failure to number the pages. You further contend that neither the courts nor the "APA" require pages to be numbered.

### ACTION REQUESTED (Modified):

You are requesting the following actions: (1) That your documents are copied; (2) That your access to the courts "not be blocked;" and (3) that "this bootleg policy be rescinded/repealed."

### APPEAL RESPONSE:

Your appeal has been received and reviewed by the Facility A Law Library. An investigation of this matter has been conducted by D. Rusk, Library Technical Assistant.

Pursuant to Operational Procedure (OP) 822, Library and Law Library Services, Section VI (E)(2)(d), **"Only original, complete, numbered, signed documents that are packaged and ready for the court filing will be photocopied."** The documents that you submitted for photocopy service did not meet the criteria as delineated within this Operational Procedure, which, along with the California Department of Corrections and Rehabilitation Operations Manual (DOM) and California Code of Regulations, Title 15, governs Law Library policy and procedure. When I reviewed the document, I did not note that there were page numbers on any of the pages, either on the front or the back or in the "upper left-hand corner" as you state.

This is not a new policy and all inmates must comply with the provisions therein. In doing so, Law Library staff can ensure appropriate processing of all inmate requests, and ensure that <u>all</u> inmates receive "meaningful access to the courts." While you state that neither the courts nor the "APA" require documents to be numbered, the Pelican Bay State Prison Law Libraries do in order to appropriately process your documents, and to ensure that all pages submitted for photocopying are returned to you, in case of a discrepancy or mechanical failure.

Therefore, to respond to your actions requested: (1) GRANTED – if these documents are submitted to the Facility A Law Library in compliance with the policies and procedures as outlined above, they will be copied and returned to you within five (5) working days; (2) GRANTED – Your access to the courts is not being hindered in any way shape, or form; it is always your prerogative to obtain photocopies from other entities outside of the institution; and (3) DENIED - This action requested inappropriate and beyond the scope of the appeals process. Therefore, it will not be addressed.

Based upon the above, if your photocopy requests are submitted in compliance with the policies outlined above, they can be approved and you will then receive your photocopies within five (5) working days, pursuant to Operational Procedure 822. As such, this appeal is PARTIALLY GRANTED at the Informal Level of Appeal.

D. RUSK
Library Technical Assistant
Facility A Law Library

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

UNITED STATES POSTAGE
PITNEY BOWES
02 1A         $ 01.34⁰
0004327683   AUG 15 2008
MAILED FROM ZIP CODE 95113

A7-110

AUG 1 9 2008

— CONFIDENTIAL MAIL —
LETTER WAS OPENED AND SEARCHED IN
PRESENCE OF THE INMATE ADDRESSEE.
ERED BY _YoBPody_
                    OFFICER
EIVED BY _C. McCught_
                    INMATE
8-19-08

LAW
Suit