UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

September 4, 2008

**CASE INFORMATION:**
Short Case Title:  <u>COLVIN MCCRIGHT</u>-v- <u>ARNOLD SCHWARZENEGGER</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: ***U. S. District Court, San Jose***
Criminal and/or Civil Case No.:  <u>CV 08-00804 JW</u>
Date Complaint/Indictment/Petition Filed: ***2/5/08***
Date Appealed order/judgment *entered* ***8/14/08***
Date NOA *filed* ***8/27/08***
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)        ☐ denied in full
                                              (send record)
                                   ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number:

***Magistrate Judge's Order?  If so, please attach.***

**FEE INFORMATION**
Date Docket Fee Paid:                                  Date Docket Fee Billed:
Date FP granted: 8/14/08                          Date FP denied:
Is FP pending? ☐ yes  ☐ no                            Was FP limited ☐?
                                                                       Revoked ☐?

US Government Appeal? ☐ yes   ☐ no
Companion Cases?  Please list:
   ***Please attach copy of any order granting, denying or revoking FP.***

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                         Appellee Counsel:
Colvin McCright
B-08892
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7500
Crescent City, Ca 95532
☐ retained   ☐ CJA   ☐ FPD   ☒ Pro Se   ☐ Other    ***Please attach appointment order.***

**DEFENDANT INFORMATION**
Prisoner ID:                                          Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                            9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>